CATHERINE A. QUINN, as Administratrix of the Estate of THOMAS P. QUINN, Deceased, Appellant, *v.* BROADWAY-NEW STREET CORPORATION, Respondent.

Argued January 13, 1947; decided February 28, 1947.

*Paxton Blair, Harry H. Lipsig* and *Edward M. Edenbaum* for appellant.

*Archie B. Morrison, John D. Lynn* and *Daniel Miner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.